```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ZENITH INSURANCE COMPANY        :      CIVIL ACTION
                                :
            v.                  :
                                :
WELLS FARGO INSURANCE SERVICES  :
OF PENNSYLVANIA, INC., et al.   :      NO. 10-5433
```

ORDER

AND NOW, this 13th day of December, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiff Zenith Insurance Company to dismiss the counterclaim of defendants Glasbern, Inc. and Albert Granger (Doc. #39) is DENIED.

              BY THE COURT:


              /s/ Harvey Bartle III
                            J.