```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ZENITH INSURANCE COMPANY        :        CIVIL ACTION
                                :
            v.                  :
                                :
WELLS FARGO INSURANCE SERVICES  :
OF PENNSYLVANIA, INC., et al.   :        NO. 10-5433
```

                             <u>ORDER</u>


        AND NOW, this 7th day of June, 2012, for the reasons

set forth in the accompanying Memorandum, it is hereby ORDERED

that the motion of defendants Glasbern, Inc. and Albert Granger

to file an amended answer and counterclaim (Doc. #58) is DENIED.

                             BY THE COURT:


                             /s/ Harvey Bartle III
                                                            J.