IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZENITH INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WELLS FARGO INSURANCE SERVICES | : | |
| OF PENNSYLVANIA, INC., et al. | : | NO. 10-5433 |

FILED
DEC 19 2012
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

ORDER

AND NOW, this 18th day of December, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendants Glasbern, Inc. and Albert Granger to dismiss the amended complaint (Doc. #100) is DENIED.

BY THE COURT:

_____ J.