```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ZENITH INSURANCE COMPANY        :       CIVIL ACTION
                                :
          v.                    :
                                :
GLASBERN, INC., and             :
ALBERT GRANGER                  :       NO. 10-5433
```

ORDER

AND NOW, this 10th day of September, 2013, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that defendants Glasbern, Inc. and Albert Granger, are jointly and severally liable to plaintiff Zenith Insurance Company in the amount of $555,613.91 in counsel fees and $27,131.60 in costs for a total of $582,745.51.

                BY THE COURT:

                /s/ Harvey Bartle III
                               J.