IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZENITH INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WELLS FARGO INSURANCE SERVICES | : | |
| OF PENNSYLVANIA, INC., et al. | : | NO. 10-5433 |

<u>ORDER</u>

      AND NOW, this 7th day of January, 2014, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion of defendants Albert Granger and Glasbern, Inc. for judgment as a matter of law (incorrectly denominated a motion for judgment notwithstanding the verdict) and new trial (Doc. #183) is DENIED.

                                        BY THE COURT:

                                        <u>/s/ Harvey Bartle III</u>
                                                                           J.